**TIM WILBORN**, ATTORNEY AT LAW — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
 Attorney for Plaintiff

FILED'05 JUL 11 08:44USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FRANK CAMPBELL,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV 01-409-BR

ORDER

Attorney fees in the amount of $18,879.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, in this matter and in CV # 99-504-ST, this court awarded a total of $5,700.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $13,179.50, minus the user fee. Any withheld amount remaining (including the EAJA fee offset) after all attorneys fees are paid should be released to the claimant.

DATED this 11th day of July, 2005.

/s/ signature
United States District Judge

Presented by:
/s/ Tim Wilborn, Attorney for Plaintiff
(503) 697-7019; OSB # 94464

ORDER - Page 1